UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HELEN LE,<br><br>              Plaintiff,<br><br>       v.<br><br>PRESIDENT OF THE UNITED STATES, et al.,<br><br>              Defendants. | Case No.  22-cv-04375-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: ECF No. 1 |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Tigar, to consider whether the case is related to case number 4:21-cv-00566.

**IT IS SO ORDERED.**

Dated: August 15, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER — No. 22-cv-04375-LB